BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Jason Emory McKemie | §<br>§<br>§ | |
| | § | Case No.:   26–30161–mvl7 |
| Debtor(s) | § | Chapter No.:   7 |
| | § | |
| INTOUCH CREDIT UNION | § | |
| Plaintiff(s) | § | Adversary No.:   26–03034–mvl |
| vs. | § | |
| Jason Emory McKemie | § | |
| Defendant(s) | § | |

Dear Loriann Martinez:

    The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report

- ☐ Trustee's Final Account

- ☐ Trustee's Final Report

- ☐ 341 Meeting Minute Sheet and Exempt Property Report

- ☐ Report of Trustee in No–Asset Case and Application for Closing

- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting

- ☑ Other: Please file adversary proceeding cover sheet.

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 7 Days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  4/21/26                          FOR THE COURT:
                                         Stephen J Manz, Clerk of Court

                                         by: /s/Nicholas Noble, Deputy Clerk
                                         Nick_Noble@txnb.uscourts.gov