In Re: INTOUCH CREDIT UNION v. McKemie
Case No. 26–30161–mvl7 –7
Adv. No. 26–03034–mvl

## SUMMONS SERVICE EXECUTED

I, Loriann Martinez

of** Quilling, Selander, Lownds, Winslett & Moser, P.C.

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the __23RD__ day of _____April_____, _2026_ I served a copy of the within summons, together with the complaint filed in this proceeding, on

Jason Emory McKemie
539 W. Commerce St
#2010
Dallas, TX 75208

the defendant in this proceeding, by *{describe here the mode of service}*

First class mail, postage prepaid, & certified mail return receipt requested

the said defendant at

Jason Emory McKemie
539 W. Commerce St
#2010
Dallas, TX 75208
I certify under penalty of perjury that the foregoing is true and correct.

Executed on __4/23/26__        /s/ Loriann Martinez
         *(Date)*                *(Signature)*

** 2200 Ross Avenue, Suite 2400, Dallas,Texas 75201
*State mailing address*