| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT** | § | |
| **NORTHERN DISTRICT OF TEXAS** | § | |
| **DALLAS** | § | **CASE:** __26-30161-MV17__ |
| | § | |
| | § | **CHAPTER 7** |
| **JASON MCKEMIE** | § | *26·3034* |
| **DEBTOR** | § | |

## DEBTOR'S RESPONSE TO INTOUCH CREDIT UNION'S (ITCU) COMPLAINT, AND REQUEST FOR DENIAL + DISMISSAL

**TO THE HONORABLE MICHELLE V. LARSON, U.S. BANKRUPTCY JUDGE:**

Debtor Jason Emory McKemie files this Statement in response to Plaintiff InTouch Credit Union's Complaint to Deny Discharge and states:

1. **INTOUCH WAS DISCLOSED.**
   InTouch Credit Union was disclosed in Debtor's sworn schedules as a secured creditor (Schedule D), including identifying information and collateral. The allegation that Debtor failed to disclose InTouch is incorrect.

2. **FINANCIAL MANAGEMENT COURSE WAS COMPLETED.**
   Debtor completed the required personal financial management course on February 13, 2026, through an approved provider. A Certificate of Debtor Education has been filed with the Court. The allegation that Debtor failed to complete the course is incorrect.

3. **NO FRAUDULENT INTENT.**
   The Complaint's claims under 11 U.S.C. § 727(a) require knowing and fraudulent conduct. The record reflects disclosure of the creditor and completion of the course; there is no basis for any allegation of fraudulent intent.

4. **RELIEF REQUESTED.**
   Because the Complaint is premised on incorrect factual assertions, Debtor respectfully requests that the Court dismiss the Complaint with prejudice, or if necessary calendar for a prompt hearing and grant such further relief as is just.

Respectfully Submitted,

*Jason McKemie*

**FILED**

MAY 0 5 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**Jason McKemie**
Pro Se Debtor
539 W Commerce St, Ste 2010
Dallas, TX 75208
214-868-4901
jmckemie@mckemie.net

## EXHIBITS INDEX                                                          PAGE

**A. Certificate of Debtor Education** – Personal Finance Management        3
(Dated Feb. 13, 2026)

**B. Schedule D**                                                          4
(Submitted Form – Shows InTouch Credit Union was Listed)



Certificate Number: 00301-TXN-DE-040616293

Bankruptcy Case Number: 26-30161



00301-TXN-DE-040616293

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 13, 2026, at 10:05 o'clock AM EST, JASON E MCKEMIE completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:    February 13, 2026               By:      /s/Joan Souissi

                                          Name:  Joan Souissi

                                          Title:   Certified Credit Counselor, Supervisor

B
EXHIBIT

**Fill in this information to identify your case:**

Debtor 1  **JASON**   **EMORY**   **MCKEMIE**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **NORTHERN** District of __ **TEXAS**

Case number   **26-30161-MV17**
(if known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.1**

INTOUCH CREDIT UNION
Creditor's Name

**5640 DEMOCRACY DRIVE**
Number      Street

**PLANO TX 75024**
City             State   ZIP Code

**Who owes the debt?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:   $_____   $_____   $_____

**2018 JAGUAR F-PACE**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.2**

Creditor's Name

Number      Street

City             State   ZIP Code

**Who owes the debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:   $_____   $_____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:   $_____

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of **1**