IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JASON EMORY MCKEMIE, | § | CASE NO. 26-30161-mvl7 |
| | § | (Chapter 7) |
| DEBTOR | § | |
| | § | |
| INTOUCH CREDIT UNION | § | |
|   PLAINTIFF, | § | |
| | § | ADVERSARY NO. 26-03034-mvl |
| V. | § | |
| | § | |
| JASON EMORY MCKEMIE, | § | |
|   DEFENDANT | § | |

## PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES UNDER RULE 26

Plaintiff, InTouch Credit Union, files this *Notice of Initial Disclosures Under Rule 26*,

pursuant to Rules 16, 26, 33, and 34 Federal Rules of Civil Procedure, made applicable by Federal

Rules of Bankruptcy Procedure 7016, 7026, 7033, and 7034, and states that the discovery set forth

below was served upon the following party on July 16, 2026:

Defendant, Jason McKemie, pro se, jmckemie@mckemie.net., 539 W. Commerce St.
#2010, Dallas, TX 75208; 3332 Fiddlers Green, Bryan, TX 77808-1423; 5609 La Foy Blvd.,
Dallas, TX 75209.

Discovery Served

1.   Plaintiff's Initial Disclosures Under Rule 26

Respectfully submitted,

*/s/ Loriann A. Martinez*
Loriann A. Martinez, Texas Bar No. 24126929
QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201

1

**PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES**

(214) 880-1814 (Telephone)
lmartinez@qslwm.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on July 16, 2026, a true and correct copy of the foregoing document was service upon all parties entitled to receive notices through the Court's electronic notification system.

/s/ *Loriann A. Martinez*

2

**PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES**