IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JASON EMORY MCKEMIE, | § | CASE NO. 26-30161-mvl7 |
| | § | (Chapter 7) |
| DEBTOR | § | |
| | § | |
| INTOUCH CREDIT UNION | § | |
|   PLAINTIFF, | § | |
| | § | ADVERSARY NO. 26-03034-mvl |
| V. | § | |
| | § | |
| JASON EMORY MCKEMIE, | § | |
|   DEFENDANT | § | |

## PLAINTIFF'S INITIAL DISCLOSURES – JASON EMORY MCKEMIE

Pursuant to Fed. R. Civ. P. 26(a)(1), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7026, InTouch Credit Union ("Plaintiff" or "InTouch") provides Jason Emory McKemie ("Debtor" or "Defendant") with the following initial disclosures:

**(i)     Individuals likely to have discoverable information per Fed. R. Civ. P. 26(a)(1)(A)(i).**

Jason McKemie, the Debtor in the above-styled bankruptcy case and the Defendant in this adversary proceeding, 539 W. Commerce St. #2010, Dallas, TX 75208, tel. 214-868-4901, has knowledge of all aspects of the Plaintiff's claims against him in this adversary proceeding, including:

- the Debtor's bankruptcy filing on January 12, 2026;
- the Debtor's failure to include InTouch on his original creditor matrix;
- the Debtor's financial reports, accounting records, and bank statements;
- the Debtor's loan and security agreement executed with InTouch to finance the purchase of a 2018 Jaguar F-Pace, VIN SADCJ2GX3JA289724 (the "*Collateral*");
- the Debtor's payment history pursuant to the loan and security agreement executed with InTouch;
- the Debtor's current whereabouts, including his new address;
- the location of the Collateral;
- the Debtor's actions regarding concealment of the Collateral;

One or more corporate representatives of InTouch Credit Union are believed to have knowledge of the Debtor's actions against the Collateral at issue in this adversary proceeding and the following:

- the Debtor's bankruptcy filing on January 12, 2026;
- the Debtor's failure to include InTouch on his original creditor matrix;
- the Debtor's loan and security agreement executed with InTouch to finance the purchase of a 2018 Jaguar F-Pace, VIN SADCJ2GX3JA289724 (the "*Collateral*");
- the Debtor's payment history pursuant to the loan and security agreement executed with InTouch;
- the Debtor's representation of where the Collateral would be located following the Court's granting of the Motion for Relief from the Automatic Stay on May 27, 2026
- the Debtor's representation of where he would be located following the Court's granting of the Motion for Relief from the Automatic Stay on May 27, 2026
- all actions taken by InTouch following the Court's granting of the Motion for Relief from the Automatic Stay on May 27, 2026 to recover the Collateral, including its inability to locate the vehicle and make contact with the Debtor; and
- the amount spent in attorneys' fees to recover the Collateral and be represented in the bankruptcy case.

Any other persons or entities identified by any party in initial disclosures under Rule 26(A)(1)(a) or identified by any party in response to interrogatories requiring the identity of persons with knowledge of relevant facts.

**(ii)    Documents and tangible things per Fed. R. Civ. P. 26(a)(1)(A)(ii).**

Debtor's ECF Docket Sheet and Claims Register in Case No. 26-30161-mvl (Bankr. N.D. Tex.).

Debtor's Bankruptcy Schedules and Statement of Financial Affairs in Case No. 26-30161-mvl (Bankr. N.D. Tex.).

InTouch's filed proof of claim in 26-30161-mvl (Bankr. N.D. Tex.).

The Order Granting InTouch's Motion for Relief from the Automatic Stay in Case No. 26-30161-mvl, Dkt. 84 (Bankr. N.D. Tex.).

**(iii)    Computation of damages per Fed. R. Civ. P. 26(a)(1)(A)(iii).**

$20,724.45 for the value of the loan financed as of January 12, 2026 and an amount to be determined in attorneys' fees.

**(iv)    Insurance Agreements per Fed. R. Civ. P. 26(a)(1)(A)(iv).**

None.

Respectfully submitted,

*/s/ Loriann A. Martinez*
Loriann A. Martinez, Texas Bar No. 24126929
QUILLING, SELANDER, LOWNDS,
   WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 880-1814 (Telephone)
lmartinez@qslwm.com
ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2026, a true and correct copy of the foregoing document was served by email to jmckemie@mckemie.net and via certified mail, return receipt requested, and upon the following:

Jason McKemie
539 W. Commerce St. #2010
Dallas, TX 75208

Jason McKemie
3332 Fiddlers Green
Bryan, TX 77808-1423

Jason McKemie
5609 La Foy Blvd.,
Dallas, TX 75209

*/s/ Loriann A. Martinez*
Loriann A. Martinez