Loriann A. Martinez
State Bar No. 24126929
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 880-1814 – Telephone
lmartinez@qslwm.com – Email
ATTORNEYS FOR INTOUCH CREDIT UNION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JASON EMORY MCKEMIE, | § | CASE NO. 26-30161-mvl7 |
| | § | (Chapter 7) |
| DEBTOR | § | |
| _____ | § | |
| INTOUCH CREDIT UNION | § | |
| PLAINTIFF, | § | |
| | § | ADVERSARY NO. 26-03034-mvl |
| V. | § | |
| | § | |
| JASON EMORY MCKEMIE, | § | |
| DEFENDANT | § | |

**NOTICE OF WITHDRAWAL OF
DOCUMENT NUMBER 9 DEFENDANT'S INITIAL DISCLOSURES**

**TO THE HONORABLE MICHELLE V. LARSON, U.S. BANKRUPTCY JUDGE:**

InTouch Credit Union ("InTouch"), creditor and party-in-interest, respectfully files this

Notice of Withdrawal of Document Number 9 Defendant's Initial Disclosures as follows:

1.      On January 12, 2026, the Debtor filed a petition pro se for relief under Chapter 7 of

the Bankruptcy Code.

2.      InTouch filed its Original Complaint against the Debtor objecting to the Debtor's

discharge on April 20, 2026 under the above-styled adversary case number.

3.      InTouch served the Debtor with initial disclosures on July 16, 2026.

4.      Thereafter, InTouch filed its Notice of Plaintiff's Initial Disclosures in the Adversary Case (Adv. Dkt. 8) on July 16, 2026. As a clerical error Counsel for InTouch mistakenly filed a separate Notice of Defendant's Initial Disclosures (the "Erroneous Notice," Adv. Dkt. 9) purportedly on behalf of the Debtor. InTouch did not intend to file the Erroneous Notice on behalf of the Debtor. Accordingly, InTouch hereby requests that the Erroneous Notice be withdrawn from the Adversary Docket.

**WHEREFORE, PREMISES CONSIDERED,** InTouch Credit Union prays that this Court Withdraw the Erroneous Notice at Adversary Docket No. 9 and that it be granted such other and further relief to which it may be justly entitled.

Respectfully submitted,

**QUILLING, SELANDER, LOWNDS,
   WINSLETT & MOSER, P.C.**
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)

By: */s/ Loriann A. Martinez*
   Loriann A. Martinez
   Texas Bar No. 24126929

ATTORNEYS FOR INTOUCH CREDIT UNION

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing has been served on each of the following parties of interest on July 16, 2026, either by first class mail postage prepaid or through ECF notice:

Jason Emory McKemie
539 W. Commerce St. # 2010
Dallas, TX 75208
(*first class mail and ECF*)

Areya Holder
Chapter 7 Trustee
PO Box 2105
Addison, TX 75001-2105
(*ECF*)

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202
(*ECF*)

                                                          */s/ Loriann A. Martinez*