**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**In re:**
**JASON EMORY McKEMIE, Debtor.**

**Case No. 26-30161-mvl7**
**Chapter 7**

**INTOUCH CREDIT UNION, Plaintiff,**
**v.**
**JASON EMORY McKEMIE, Defendant.**

**Adversary No. 26-03034-mvl**
**Docket call: October 6, 2026, 1:15 p.m.**
**Trial week: October 13, 2026**

# [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE AND ACCEPTING PRETRIAL MATERIALS

After considering Defendant's Motion for Leave, the accompanying declaration, the pretrial submissions, and any response, the Court ORDERS:

1. Defendant's Motion is GRANTED.

2. The deadline for Defendant's pretrial submissions is extended through September 30, 2026. Defendant's witness/exhibit list, declaration, proposed pretrial order, proposed findings and conclusions, pretrial brief, request for limited judicial notice, evidentiary appendix, and identified Exhibits A-E are accepted as timely.

3. Defendant's proposed pretrial order is accepted as his contribution toward the joint pretrial order. Acceptance does not attribute any stipulation or agreement to Plaintiff and does not itself adopt Defendant's proposed merits findings.

4. Defendant may rely on the specifically identified court-filed documents and attached Exhibits A-E, subject to proper foundation, specific objections, and the Court's admission rulings. The Court may take limited judicial notice of its own docket entries, filing dates, and filed contents as permitted by law.

5. No fee, cost, or sanction is assessed against Defendant in connection with the timing addressed by this Motion.

6. The October 6, 2026 docket call and October 13, 2026 trial week remain unchanged. This Order does not decide the merits and does not modify any order in the main bankruptcy case.

SIGNED: ______________________

______________________________
MICHELLE V. LARSON
UNITED STATES BANKRUPTCY JUDGE

**### END OF ORDER ###**

Submitted by:

Respectfully submitted,

**/s/ Jason Emory McKemie**
Jason Emory McKemie
Defendant, pro se
539 W. Commerce St., #2010
Dallas, Texas 75208
(214) 519-8958
jmckemie@mckemie.net

## CERTIFICATE OF SERVICE

I certify that on September 29, 2026, I served a true and correct copy of the proposed Order granting Defendant's Motion for Leave, including all accompanying attachments and exhibits, by electronic mail on: Loriann A. Martinez, counsel for InTouch Credit Union, lmartinez@qslwm.com; Amanda Loughmiller, counsel for InTouch Credit Union, aloughmiller@qslwm.com; Areya Holder Aurzada, Chapter 7 Trustee, areya@holderlawpc.com; Office of the United States Trustee, ustpregion06.da.ecf@usdoj.gov.

I further certify that on September 29, 2026, I placed the original paper filing in overnight delivery addressed to Clerk, United States Bankruptcy Court, Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1254, Dallas, Texas 75242, requesting filing upon receipt.

**/s/ Jason Emory McKemie**
Jason Emory McKemie
(214) 519-8958 | jmckemie@mckemie.net