FILED

OCT 01 2026

CLERK, U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF TEXAS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**In re:**
**JASON EMORY McKEMIE, Debtor.**

**Case No. 26-30161-mvl7**
**Chapter 7**

**INTOUCH CREDIT UNION, Plaintiff,**
**v.**
**JASON EMORY McKEMIE, Defendant.**

**Adversary No. 26-03034-mvl**
**Docket call: October 6, 2026, 1:15 p.m.**
**Trial week: October 13, 2026**

# DEFENDANT'S REQUEST FOR LIMITED JUDICIAL NOTICE AND IDENTIFICATION OF PREVIOUSLY FILED EXHIBITS

Defendant requests limited judicial notice under Fed. R. Evid. 201 and Fed. R. Bankr. P. 9017 of the existence, filing dates, and filed contents of the following records. He does not request that disputed allegations be deemed true solely because they appear in a pleading.

1. Adv. ECF 1, Complaint, filed April 20, 2026, physical PDF pp. 2-4 - Plaintiff's acknowledgment of Schedule D disclosure and the two pleaded discharge counts.
2. Adv. ECF 4, Scheduling Order, filed April 21, 2026 - The pretrial schedule and filing requirements.
3. Adv. ECF 7, Defendant's Response, filed May 5, 2026, physical PDF pp. 1, 3, and 4 - Response, course certificate, and Schedule D identifying InTouch and the Jaguar.
4. BK ECF 27, filed February 13, 2026, physical PDF p. 2 - Course certificate showing February 13 completion.
5. BK ECF 67, filed April 30, 2026, physical PDF p. 1 - Separate filing of the course certificate.
6. BK Dkt. 103, entered September 2, 2026 - Terms of the surrender order and its two distinct $100-per-day provisions.
7. BK ECF 92-1, Plaintiff's proposed stipulation, p. 1 - Plaintiff's filed statement that Defendant's schedules disclosed InTouch as a secured creditor.

Defendant separately offers his testimony and attached Exhibits B-E on proper foundation. The original of Adv. ECF 7 remains available from the Court's own docket; the Appendix identifies its exact pages and reproduces the controlling course-certificate and Schedule D information.

Respectfully submitted,

**/s/ Jason Emory McKemie**
Jason Emory McKemie - Defendant, pro se
539 W. Commerce St., #2010, Dallas, Texas 75208
(214) 519-8958
jmckemie@mckemie.net

# CERTIFICATE OF SERVICE

I certify that on September 29, 2026, I served a true and correct copy of Defendant's Request for Limited Judicial Notice, including all accompanying attachments and exhibits, by electronic mail on: Loriann A. Martinez, counsel for InTouch Credit Union, lmartinez@qslwm.com; Amanda Loughmiller, counsel for InTouch Credit Union, aloughmiller@qslwm.com; Areya Holder Aurzada, Chapter 7 Trustee, areya@holderlawpc.com; Office of the United States Trustee, ustpregion06.da.ecf@usdoj.gov.

I further certify that on September 29, 2026, I placed the original paper filing in overnight delivery addressed to Clerk, United States Bankruptcy Court, Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1254, Dallas, Texas 75242, requesting filing upon receipt.

**/s/ Jason Emory McKemie**

Jason Emory McKemie
(214) 519-8958 | jmckemie@mckemie.net