Amanda Loughmiller
Texas Bar No. 24028042
Samin Agha
Texas Bar No. 24110989
Loriann A. Martinez
Texas Bar No. 24126929
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
5801 Tennyson Pkwy, Suite 440
Plano, Texas 75024
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR MOVANT
INTOUCH CREDIT UNION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JASON EMORY MCKEMIE, | § | CASE NO. 26-30161-mvl7 |
| | § | (Chapter 7) |
| DEBTOR | § | |
| | § | |
| INTOUCH CREDIT UNION | § | |
| PLAINTIFF, | § | |
| | § | ADVERSARY NO. 26-03034-mvl |
| V. | § | |
| | § | |
| JASON EMORY MCKEMIE, | § | |
| DEFENDANT | § | |

## CERTIFICATE OF NO OBJECTION

I hereby certify that on September 29, 2026, I filed the *Motion to Voluntarily Dismiss Adversary Proceeding Without Prejudice* (Adv. Dkt. No. 14, the "Motion to Dismiss"), which contained twenty-one (21) day negative notice language. The deadline to object to the Motion to Dismiss was October 20, 2026. As of today's date, no responses or objections to the Motion to

Dimiss have been filed.

DATED: October 26, 2026.

Respectfully submitted,

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)

By: *<u>/s/ Loriann A. Martinez</u>*
Loriann A. Martinez
Texas Bar No. 24126929

ATTORNEYS FOR INTOUCH CREDIT UNION