**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**In re:**
**JASON EMORY McKEMIE, Debtor.**

**INTOUCH CREDIT UNION, Plaintiff,**
**v.**
**JASON EMORY McKEMIE, Defendant.**

FILED
NOV 10 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**Case No. 26-30161-mvl7**
**Chapter 7**

**Adversary No. 26-03034-mvl**
**Docket call: October 6, 2026, 1:15 p.m.**
**Trial week: October 13, 2026**

# DEFENDANT'S WITNESS AND EXHIBIT LIST WITH EXHIBIT INDEX

Defendant submits these designations with his Motion for Leave. Court-record references allow direct verification; source exhibits are physically included in the accompanying Evidentiary Appendix.

## I. WITNESSES

1. Jason Emory McKemie, 539 W. Commerce St., #2010, Dallas, Texas 75208, (214) 519-8958, jmckemie@mckemie.net. Expected testimony: course completion; preparation and identification of Schedule D; absence of a knowing or fraudulent false oath concerning InTouch; vehicle condition; September 4 tender; September 9 completed surrender; and circumstances supporting leave.

2. Any witness actually called by Plaintiff - cross-examination only. This does not designate an unidentified affirmative witness or waive objections to Plaintiff's disclosures.

3. No retained expert is designated.

## II. EXHIBITS

- **Exhibit A:** Adv. ECF 7 record identification: May 5 response, Certificate of Debtor Education, and Schedule D. The original remains on the adversary docket; the Appendix contains a record extract and exact docket/page identification. Purpose: Filed defense; course completion; affirmative Schedule D disclosure.

- **Exhibit B:** Discount Tire inspection dated September 4, 2026. Purpose: Third-party documentation of separated tire belt, suspected second separation, and advice not to drive.

- **Exhibit C:** September 8, 2026 recovery-agent coordination correspondence, with protected pickup address redacted. Purpose: InTouch offered recovery coordination; Defendant supplied access, fob, and pickup arrangements.

- **Exhibit D:** September 4, 2026 written tender and surrender correspondence. Purpose: Timely tender and two immediate surrender paths.

- **Exhibit E:** September 9, 2026 completed-surrender notice, email, recovery photograph, and AG3 Recovery business card. Purpose: Actual transfer of possession, fob delivery, and completed surrender.

## III. RESERVATIONS

Defendant preserves his position that the September 4 tender was timely and that no per-diem sanction, fee, cost, towing charge, deficiency, contempt sanction, or other monetary liability is owed. Impeachment and rebuttal materials remain governed by the applicable rules and the Court's rulings.

Respectfully submitted,

Jason Emory McKemie
Defendant, pro se
539 W. Commerce St., #2010
Dallas, Texas 75208
(214) 519-8958
jmckemie@mckemie.net

## CERTIFICATE OF SERVICE

I certify that on November 9, 2026, I served a true and correct copy of Defendant's Witness and Exhibit List, including all accompanying attachments and exhibits, by electronic mail on: Loriann A. Martinez, counsel for InTouch Credit Union, lmartinez@qslwm.com; Amanda Loughmiller, counsel for InTouch Credit Union, aloughmiller@qslwm.com; Areya Holder Aurzada, Chapter 7 Trustee, areya@holderlawpc.com; Office of the United States Trustee, ustpregion06.da.ecf@usdoj.gov.

I further certify that on November 9, 2026, I placed the original paper filing in overnight delivery addressed to Clerk, United States Bankruptcy Court, Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1254, Dallas, Texas 75242, requesting filing upon receipt.

Jason Emory McKemie
(214) 519-8958 | jmckemie@mckemie.net